**WEILAND GOLDEN GOODRICH LLP**
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone  714-966-1000
Facsimile  714-966-1002

Attorneys for Jeffrey I. Golden,
Chapter 7 Trustee for the Bankruptcy
Estate of Tim M. McKenna, Case
No. 8:18-bk-13588-SC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>MCKENNA GENERAL ENGINEERING, INC.,<br><br>Debtor. | Case No. 6:18-bk-18036-SY<br><br>Chapter 7<br><br>**NOTICE OF WITHDRAWAL OF CLAIM 44-1 FILED BY JEFFREY I. GOLDEN, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF TIM M. MCKENNA**<br><br>**[No Hearing Required]** |

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Claim No. 44-1 filed by Jeffrey I. Golden, Chapter 7 Trustee for the bankruptcy estate of Tim M. McKenna, Case No. 8:18-bk-13588-SC, on May 20, 2019, is withdrawn.

Dated: August 8, 2022                    WEILAND GOLDEN GOODRICH LLP

                                        By:  /s/ Ryan W. Beall
                                            RYAN W. BEALL
                                            Attorneys for Jeffrey I. Golden,
                                            Chapter 7 Trustee for the Estate of
                                            Tim M. McKenna

1371023.1                                                    NOTICE OF WITHDRAWAL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**650 Town Center Drive, Suite 600**
**Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): Notice Of Withdrawal Of Claim 44-1 Filed By Jeffrey I. Golden, Chapter 7 Trustee For The Bankruptcy Estate Of Tim M. Mckenna will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 8, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 8, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| McKenna General Engineering, Inc.<br>20330 Temescal Canyon Rd<br>Corona, CA 92881<br>**Debtor** | Honorable Scott H. Yun<br>United States Bankruptcy Court<br>Central District of California<br>3420 Twelfth Street, Suite 345 / Courtroom 302<br>Riverside, CA 92501-3819 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 8, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/8/2022 | Gloria Estrada | *Gloria Estrada* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Tyler H Brown    tylerbrown@brownandbrownllp.com, admin@brownandbrownllp.com
Marija K Decker    decker@luch.com, caroberts@luch.com,kimberley@luch.com
Caroline Djang    cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
Chad V Haes    chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com
D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
Kenneth Hennesay    khennesay@allenmatkins.com, ncampos@allenmatkins.com
Alan Craig Hochheiser    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
Michael Y Jung    jung@luch.com, kbrown@luch.com,kimberley@luch.com,caroberts@luch.com
Leslie K Kaufman    kaufman_kaufman.bankruptcy@yahoo.com, kaufmanlr98210@notify.bestcase.com
Anna Landa    Anna@MarguliesFaithlaw.com, Helen@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com
Susan Graham Lovelace    lovelace@luch.com, kbrown@luch.com;kimberley@luch.com;caroberts@luch.com
Noreen A Madoyan    Noreen.Madoyan@usdoj.gov
Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
Michelle J Nelson    mjslaw@hotmail.com
Scott H Noskin    snoskin@mbnlawyers.com, aacosta@mbnlawyers.com
Raymond A Policar    policarlaw@att.net
Valerie J Schratz    vschratz@hallgriffin.com, cbrown@hallgriffin.com
Richard A Solomon    richard@sgswlaw.com
Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com
Meghann A Triplett    Meghann@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Robert Whitmore (TR)    rswtrustee@yahoo.com, rwhitmore@ecf.axosfs.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**