CHAD V. HAES, #267221
chaes@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
ROBERT S. WHITMORE

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>McKENNA GENERAL ENGINEERING, INC.,<br><br>Debtor(s). | Case No. 6:18-bk-18036-SY<br><br>Chapter 7<br><br>NOTICE OF INCREASED HOURLY RATES CHARGED BY MARSHACK HAYS LLP<br><br>[NO HEARING REQUIRED] |

NOTICE IS HEREBY GIVEN that effective April 1, 2023, the hourly rates charged by Marshack Hays LLP will increase as follows:

| ATTORNEYS | PRESENT RATE | INCREASED RATE |
|---|---|---|
| Richard A. Marshack | $680.00 | $690.00 |
| D. Edward Hays | $680.00 | $690.00 |
| Chad V. Haes | $490.00 | $550.00 |
| David A. Wood | $490.00 | $550.00 |
| Kristine A. Thagard | $550.00 | $590.00 |
| Matthew W. Grimshaw | $550.00 | $590.00 |
| Laila Masud | $420.00 | $460.00 |
| Tinho Mang | $390.00 | $430.00 |
| Bradford N. Barnhardt | $320.00 | $360.00 |

1
NOTICE OF INCREASED HOURLY RATES

4865-6619-0931,v.1

| | | |
|---|---|---|
| Sarah Hasselberger | $310.00 | $340.00 |
| **PARAPROFESSIONALS** | | |
| Pamela Kraus | $280.00 | $290.00 |
| Chanel Mendoza | $260.00 | $290.00 |
| Layla Buchanan | $260.00 | $290.00 |
| Cynthia Bastida | $260.00 | $290.00 |
| Kathleen Frederick | $200.00 | $260.00 |

DATED: March 1, 2023      MARSHACK HAYS LLP

By: */s/ Tinho Mang*
    CHAD V. HAES
    TINHO MANG
    Attorneys for Chapter 7 Trustee,
    ROBERT S. WHITMORE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF INCREASED HOURLY RATES CHARGED BY MARSHACK HAYS LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 1, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **March 1, 2023,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**DEBTOR**
MCKENNA GENERAL ENGINEERING, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
20330 TEMESCAL CANYON RD
CORONA, CA 92881

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 1, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SERVICE ON JUDGE NOT REQUIRED PURSUANT TO LBR 5005-2(d).

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 1, 2023 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: continued:

- **ATTORNEY FOR INTERESTED PARTY JEFFREY I. GOLDEN:** Ryan W Beall rbeall@go2.law, vrosales@wgllp.com; kadele@wgllp.com; lbracken@wgllp.com; rbeall@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY JASON CAUFIELD:** Tyler H Brown tylerbrown@brownandbrownllp.com, admin@brownandbrownllp.com
- **ATTORNEY FOR CREDITOR TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, ET AL.:** Marija K Decker decker@luch.com, caroberts@luch.com, kimberley@luch.com
- **ATTORNEY FOR CREDITOR SANTA MARGARITA WATER DISTRICT:** Caroline Djang cdjang@buchalter.com, docket@buchalter.com; smartin@buchalter.com; lverstegen@buchalter.com
- **INTERESTED PARTY COURTESY NEF:** Jeremy Faith Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com
- **INTERESTED PARTY MARC C FORSYTHE:** Marc C Forsythe kmurphy@goeforlaw.com, mforsythe@goeforlaw.com; goeforecf@gmail.com
- **ATTORNEY FOR TRUSTEE ROBERT WHITMORE (TR):** Chad V Haes chaes@marshackhays.com, chaes@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com; cmendoza@marshackhays.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR TRUSTEE ROBERT WHITMORE (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR PACIFIC WESTERN BANK:** Kenneth Hennesay khennesay@allenmatkins.com, ncampos@allenmatkins.com
- **ATTORNEY FOR CREDITOR DEVELOPERS SURETY AND INDEMNITY COMPANY, AN AMTRUST GROUP INSURANCE COMPANY:** Alan Craig Hochheiser ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **ATTORNEY FOR CREDITOR TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, ET AL.:** Michael Y Jung jung@luch.com, kbrown@luch.com, kimberley@luch.com, caroberts@luch.com
- **INTERESTED PARTY COURTESY NEF:** Leslie K Kaufman kaufman_kaufman.bankruptcy@yahoo.com, kaufmanlr98210@notify.bestcase.com
- **INTERESTED PARTY COURTESY NEF:** Anna Landa Anna@MarguliesFaithlaw.com, Helen@MarguliesFaithLaw.com; Vicky@MarguliesFaithLaw.com; Angela@MarguliesFaithLaw.com
- **ATTORNEY FOR CREDITOR TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, ET AL.:** Susan Graham Lovelace lovelace@luch.com, kbrown@luch.com; kimberley@luch.com; caroberts@luch.com
- **INTERESTED PARTY COURTESY NEF:** Noreen A Madoyan Noreen.Madoyan@usdoj.gov
- **ATTORNEY FOR TRUSTEE ROBERT WHITMORE (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR LAW OFFICES OF MICHELLE J. SUKHOV, INC.:** Michelle J Nelson mjslaw@hotmail.com
- **ATTORNEY FOR CREDITOR WELLS FARGO EQUIPMENT FINANCE, INC:** Holly J Nolan holly@sglwlaw.com, missy@sglwlaw.com
- **ATTORNEY FOR CREDITOR PACIFIC WESTERN BANK:** Scott H Noskin snoskin@mbnlawyers.com, aacosta@mbnlawyers.com
- **ATTORNEY FOR CREDITOR PACCAR FINANCIAL CORP.:** Raymond A Policar policarlaw@att.net
- **ATTORNEY FOR DEBTOR MCKENNA GENERAL ENGINEERING, INC.:** Valerie J Schratz vschratz@hallgriffin.com, cbrown@hallgriffin.com
- **ATTORNEY FOR CREDITOR WELLS FARGO EQUIPMENT FINANCE, INC.:** Richard A Solomon richard@sgswlaw.com
- **ATTORNEY FOR DEBTOR MCKENNA GENERAL ENGINEERING, INC.:** Michael G Spector mgspector@aol.com, mgslawoffice@aol.com
- **INTERESTED PARTY COURTESY NEF:** Meghann A Triplett Meghann@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com
- **U.S. TRUSTEE (RS):** United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov
- **TRUSTEE ROBERT WHITMORE (TR):** Robert Whitmore (TR) rswtrustee@yahoo.com, rwhitmore@ecf.axosfs.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**