1  ROBERT S. WHITMORE
   3600 Lime Street
2  Suite #616
   Riverside, CA 92501
3  Telephone No.: (951) 276-9292

4  Chapter 7 Trustee

5

6

7

8                UNITED STATES BANKRUPTCY COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                     RIVERSIDE DIVISION

11  In re                          )   CASE NUMBER: 6:18-18036-SY
                                   )
12  MCKENNA GENERAL ENGINEERING,   )   NOTICE TO PROFESSIONALS
    INC.,                          )   TO FILE APPLICATIONS FOR
13                                 )   COMPENSATION
                                   )
14                                 )
                                   )   [NO HEARING REQUIRED]
15  _____

16         TO THE U.S. BANKRUPTCY COURT - ASSET CLOSING SECTION,

17  U.S. TRUSTEE, ATTORNEY FOR DEBTOR, AND EVERY PROFESSIONAL PERSON

18  ENTITLED TO CLAIM COMPENSATION PAYABLE AS AN ADMINISTRATIVE EXPENSE

19  TO THE ESTATE:

20         YOU ARE HEREBY NOTIFIED that the Chapter 7 Trustee is

21  prepared to file a Final Report and Account.

22         Professional persons are notified that the last day for

23  filing applications for compensation is 21 days after the mailing

24  of this notice pursuant to Local Bankruptcy Rule 2016-1(b)(4)(B).

25      Dated: 9/11/23

26                                      /s/ Robert S. Whitmore
                                        ROBERT S. WHITMORE,
27                                      CHAPTER 7 TRUSTEE

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3600 Lime Street, Suite #616
Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE TO PROFESSIONALS TO FILE APPLICATIONS FOR COMPENSATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 7, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) September 11, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September , 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9-11-23 | Suzie Malcolm-Shepard | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                         F 9013-3.1.PROOF.SERVICE

ATTACHMENT TO PROOF OF SERVICE

In Re:   MCKENNA GENERAL ENGINEERING, INC.
         6:18-18036-SY

## NO. 1 TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)

- Ryan W Beall    rbeall@go2.law, kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law
- Tyler H Brown    tylerbrown@brownandbrownllp.com, admin@brownandbrownllp.com
- Marija K Decker    decker@luch.com, caroberts@luch.com,kimberley@luch.com
- Caroline Djang    cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- Chad V Haes    chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com
- D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Kenneth Hennesay    khennesay@allenmatkins.com, ncampos@allenmatkins.com
- Alan Craig Hochheiser    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- Michael Y Jung    jung@luch.com, kbrown@luch.com,kimberley@luch.com,caroberts@luch.com
- Leslie K Kaufman    kaufman_kaufman.bankruptcy@yahoo.com, kaufmanlr98210@notify.bestcase.com
- Anna Landa    Anna@MarguliesFaithlaw.com, Helen@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com
- Susan Graham Lovelace    lovelace@luch.com, kbrown@luch.com;kimberley@luch.com;caroberts@luch.com
- Noreen A Madoyan    Noreen.Madoyan@usdoj.gov
- Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Michelle J Nelson    mjslaw@hotmail.com
- Holly J Nolan    holly@sglwlaw.com, missy@sglwlaw.com
- Scott H Noskin    snoskin@mbnlawyers.com, aacosta@mbnlawyers.com
- Raymond A Policar    policarlaw@att.net
- Valerie J Schratz    vschratz@hallgriffin.com, cbrown@hallgriffin.com
- Richard A Solomon    richard@sgswlaw.com
- Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com

- Meghann A Triplett    Meghann@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Robert Whitmore (TR)    rswtrustee@yahoo.com, rwhitmore@ecf.axosfs.com

**NO. 2    SERVED BY U.S. MAIL**

Debtor:
McKenna General Engineering, Inc.
20330 Temescal Canyon Rd.
Corona, CA 92881

Accountant:
Donald T. Fife
1055 E.Colorado Blvd, 5th Fl
Pasadena, CA 91106

Special Collection Counsel:
Hall Griffin LLP
1851 E First Street
10th Floor
Santa Ana, CA 92705

Judge:
Hon. Scott H. Yun
3420 Twelfth Street
Crtrm #302
Riverside, CA 92501