```
D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
ROBERT S. WHITMORE
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>MCKENNA GENERAL ENGINEERING, INC.,<br><br>                Debtor. | Case No. 6:18-bk-18036-SY<br><br>Chapter 7<br><br>DECLARATION OF CHAPTER 7 TRUSTEE, ROBERT S. WHITMORE IN SUPPORT OF MARSHACK HAYS WOOD LLP'S SECOND AND FINAL FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS<br><br>[APPLICATION DOCKET NO. 197]<br><br>[TO BE HEARD WITH TRUSTEE'S FINAL REPORT] |

## DECLARATION OF ROBERT S. WHITMORE

I, ROBERT S. WHITMORE, declare and state as follows:

1. I am an individual over the age of 18 and am competent to make this declaration.

2. I am the Chapter 7 Trustee of the Bankruptcy Estate of McKenna General Engineering, Inc.

3. I have personal knowledge of the facts set forth in this declaration, and if called upon to do so, I could and would competently testify to these facts.

4. I make this declaration in support of the Second and Final Application for Allowance of Fees and Costs ("MHW Application") filed by Marshack Hays Wood LLP, general counsel for the Estate. The MHW Application was filed on October 2, 2023, as Docket No. 197.

1

DECLARATION OF ROBERT S. WHITMORE

4853-4938-1293,v.1

5. I have reviewed the MHW Application, which encompasses services rendered and expenses paid or incurred during the approximate 42-month period from April 1, 2020, through and including October 2, 2023 ("Second Reporting Period").

6. The MHW Application seeks allowance of $66,822 in professional fees and $1,607.51 for reimbursement of expenses, for a total of $68,429.51 for the Second Reporting Period.

7. The MHW Application also seeks allowance on a *final basis* the amount of $201,199.30 in fees and $8,189.71 in costs, previously awarded on an interim basis via the First Application Order (Docket No. 147).

8. I have no objection to allowance of the full amount of the requested fees and reimbursement of costs, and I request authority to pay the allowed fees and costs in connection with my final report.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 20, 2024.

*Robert S. Whitmore*
ROBERT S. WHITMORE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled **DECLARATION OF CHAPTER 7 TRUSTEE, ROBERT S. WHITMORE IN SUPPORT OF MARSHACK HAYS WOOD LLP'S SECOND AND FINAL FEE APPLICATION FOR ALLOWANCE OF FEES AND COSTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 20, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **March 20, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**DEBTOR**
MCKENNA GENERAL ENGINEERING, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT,
OR TO ANY OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE SERVICE
20330 TEMESCAL CANYON RD
CORONA, CA 92881

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 20, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT H. YUN
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
3420 TWELFTH STREET, SUITE 345 / COURTROOM 302
RIVERSIDE, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 20, 2024 | Chanel Mendoza | */s/ Chanel Mendoza* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: continued:
- **ATTORNEY FOR INTERESTED PARTY JEFFREY I. GOLDEN:** Ryan W Beall rbeall@go2.law, kadele@go2.law; dfitzgerald@go2.law; rbeall@ecf.courtdrive.com; cmeeker@go2.law
- **ATTORNEY FOR INTERESTED PARTY JASON CAUFIELD:** Tyler H Brown tylerbrown@brownandbrownllp.com, admin@brownandbrownllp.com
- **ATTORNEY FOR CREDITOR TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, ET AL.:** Marija K Decker decker@luch.com, caroberts@luch.com, kimberley@luch.com
- **ATTORNEY FOR CREDITOR SANTA MARGARITA WATER DISTRICT:** Caroline Djang cdjang@buchalter.com, docket@buchalter.com; lverstegen@buchalter.com
- **INTERESTED PARTY COURTESY NEF:** Jeremy Faith Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com
- **INTERESTED PARTY MARC C FORSYTHE:** Marc C Forsythe kmurphy@goeforlaw.com, mforsythe@goeforlaw.com; goeforecf@gmail.com
- **ATTORNEY FOR TRUSTEE ROBERT WHITMORE (TR):** Chad V Haes chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdrive.com
- **ATTORNEY FOR TRUSTEE ROBERT WHITMORE (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR PACIFIC WESTERN BANK:** Kenneth Hennesay khennesay@allenmatkins.com, ncampos@allenmatkins.com
- **ATTORNEY FOR CREDITOR DEVELOPERS SURETY AND INDEMNITY COMPANY, AN AMTRUST GROUP INSURANCE COMPANY:** Alan Craig Hochheiser ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **ATTORNEY FOR CREDITOR TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, ET AL.:** Michael Y Jung jung@luch.com, kbrown@luch.com, kimberley@luch.com, caroberts@luch.com
- **INTERESTED PARTY COURTESY NEF:** Leslie K Kaufman kaufman_kaufman.bankruptcy@yahoo.com, kaufmanlr98210@notify.bestcase.com
- **INTERESTED PARTY COURTESY NEF:** Anna Landa Anna@MarguliesFaithlaw.com, Helen@MarguliesFaithLaw.com; Vicky@MarguliesFaithLaw.com; Angela@MarguliesFaithLaw.com
- **ATTORNEY FOR CREDITOR TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, ET AL.:** Susan Graham Lovelace lovelace@luch.com, kbrown@luch.com; kimberley@luch.com; caroberts@luch.com
- **INTERESTED PARTY COURTESY NEF:** Noreen A Madoyan Noreen.Madoyan@usdoj.gov
- **ATTORNEY FOR TRUSTEE ROBERT WHITMORE (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR LAW OFFICES OF MICHELLE J. SUKHOV, INC.:** Michelle J Nelson mjslaw@hotmail.com
- **ATTORNEY FOR CREDITOR WELLS FARGO EQUIPMENT FINANCE, INC:** Holly J Nolan holly@sglwlaw.com, missy@sglwlaw.com
- **ATTORNEY FOR CREDITOR PACIFIC WESTERN BANK:** Scott H Noskin snoskin@mbnlawyers.com, aacosta@mbnlawyers.com
- **ATTORNEY FOR CREDITOR PACCAR FINANCIAL CORP.:** Raymond A Policar policarlaw@att.net
- **ATTORNEY FOR DEBTOR MCKENNA GENERAL ENGINEERING, INC.:** Valerie J Schratz vschratz@hallgriffin.com, cbrown@hallgriffin.com
- **ATTORNEY FOR CREDITOR WELLS FARGO EQUIPMENT FINANCE, INC.:** Richard A Solomon richard@sgswlaw.com
- **ATTORNEY FOR DEBTOR MCKENNA GENERAL ENGINEERING, INC.:** Michael G Spector mgspector@aol.com, mgslawoffice@aol.com
- **ATTORNEY FOR INTERESTED PARTY HOWARD GROBSTEIN, CHAPTER 7 TRUSTEE OF THE ESTATE OF IRONTRAC, INC.:** Meghann A Triplett Meghann@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com
- **U.S. TRUSTEE (RS):** United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov
- **TRUSTEE ROBERT WHITMORE (TR):** Robert Whitmore (TR) rswtrustee@yahoo.com, rwhitmore@ecf.axosfs.com

4893-9276-2243, v. 1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**