PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
CAMERON RIDLEY, SBN 324514
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
Telephone:    (951) 276-6354
Facsimile:    (951) 276-6973
Email:    *Cameron.Ridley@usdoj.gov*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>MCKENNA GENERAL ENGINEERING, INC.,<br><br>Debtor. | Case No. 6:18-bk-18036-SY<br><br>Chapter 7<br><br>**STIPULATION RESOLVING UNITED STATES TRUSTEE'S POTENTIAL OBJECTIONS TO: (1) SECOND AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY MARSHACK HAYS LLP AS GENERAL COUNSEL; (2) SECOND AND FINAL FEE APPLICATION OF HAHN FIFE & COMPANY LLP FOR ALLOWANCE OF FEES & EXPENSES FROM APRIL 2, 2020 THROUGH OCTOBER 5, 2023; AND, (3) CHAPTER 7 TRUSTEE'S FINAL REPORT**<br><br>[No Hearing Required] |

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY COURT JUDGE, THE TRUSTEE, THE TRUSTEE'S COUNSEL, THE TRUSTEE'S ACCOUNTANT AND ALL PARTIES IN INTEREST:**

This stipulation ("Stipulation") is entered into by Peter C. Anderson, the United States Trustee for the Central District of California, Region 16 ("U.S. Trustee"), and the Chapter 7 Trustee, Robert Whitmore ("Trustee"), the Trustee's general counsel, Marshack Hays Wood LLP ("Counsel"), and the Trustee's accountant, Hahn Fife & Company LLP ("Accountant") (collectively, the "Parties").

## **RECITALS**

A. McKenna General Engineering, Inc. ("Debtor") filed a voluntary Chapter 7 petition on September 21, 2018 ("Bankruptcy Case"). Robert Whitmore is the duly-appointed Chapter 7 Trustee.

B. The Trustee filed an application to employ Counsel on January 31, 2019 ("Counsel's Employment Application"). On February 21, 2019, the Court entered an order approving Counsel's Employment Application.

C. The Trustee filed an application to employ Accountant on February 22, 2019 ("Accountant's Employment Application"). On March 26, 2019, the Court entered an order approving Accountant's Employment Application.

D. The Trustee's Counsel and Accountant sought approval of interim compensation. On May 1, 2020, the Court entered orders allowing interim fees for Accountant of $34,042 in fees and $487.70 in costs (Dkt. No. 146), and for Counsel of $201,199.30 in fees and $8,189.71 in costs (Dkt. No. 147).

E. On October 2, 2023, Trustee's Counsel filed its *Second and Final Application for Allowance of Fees and Costs Filed by Marshack Hays LLP as General Counsel*, Dkt. No. 197, seeking allowance of $66,822 in fees and $1,607.51 in costs for the period of April 1, 2020 through October 2, 2023.

F. On October 12, 2023, the Trustee's Accountant filed its *Second and Final Fee Application of Hahn Fife & Company LLP for Allowance of Fees & Expenses from April 2, 2020 Through October 5, 2023*, Dkt. No. 198, seeking allowance of $5,441 in fees and $524.50 in costs.

G. The Trustee submitted the trustee's final report to the U.S. Trustee ("Proposed TFR").

H. The U.S. Trustee raised concern with the distributions to unsecured creditors outlined in the Proposed TFR in part given an earlier statement in a compromise agreement stating that $125,000 in unencumbered funds would be generated for unsecured creditors ("Potential Objection").

I. The Trustee, Counsel, and the Accountant contend that under the factual circumstances of this case significant actions were taken to maximize the benefit to unsecured creditors and administrative fees were reasonable.

J. The Parties have met and conferred and, to avoid the costs and uncertainties associated with litigation, have agreed to resolve the Potential Objection.

**NOW, THEREFORE,** the Parties stipulate as follows:

1. The Parties agree that except as stated and voluntarily reduced herein, and subject to Court approval, the administrative expenses requested by the Trustee, Counsel, and the Accountant shall be allowed pursuant to 11 U.S.C. § 330 on a final basis.

2. Provided such fees are otherwise allowed on a final basis, the Trustee, Counsel and Accountant shall reduce their respective requests for payment of fees by an aggregate amount of $48,095.24 ("Reductions"), as follows to allow for approximately a 3% distribution to general unsecured creditors:

 a. Trustee shall reduce the amount of fees requested to be paid in the Proposed TFR by $5,356.34 ("Trustee's Reduction"). Subject to Court approval, and after taking the Trustee's Reduction into account, Trustee shall be entitled to payment of $29,691.97 in fees and $156.96 in costs.

 b. Counsel shall reduce the amount of fees requested to be paid in the Proposed TFR by $36,704.81 ("Counsel's Reduction").[1] Subject to Court approval, and after taking Counsel's Reduction into account, Counsel shall be entitled to payment of $168,123.91 in fees and $1,607.51 in costs.

---

[1] Counsel's Reduction is in addition to the voluntary reduction of total fees from $268,021.30 to $240,171.48. Counsel has received interim fee payments of $35,342.76 leaving an outstanding request for payment of fees of $204,828.72. This Stipulation further reduces such request for payment to $168,123.91 in fees.

-3-

    c.    Accountant shall reduce the amount of fees requested to be paid in the Proposed TFR by $6,034.09 ("Accountant's Reduction"). Subject to Court approval, and after taking the Accountant's Reduction into account, Accountant shall be entitled to payment of $27,469.08 in fees and $524.50 in costs.[2]

3.    The Parties will bear their own fees and costs associated with the negotiation and preparation of this Stipulation.

Dated: July _26_, 2024                          PETER C. ANDERSON
                                                  UNITED STATES TRUSTEE

                                                  By: ____/s/ Cameron Ridley_____
                                                      Cameron Ridley
                                                        Trial Attorney

Dated: July ____, 2024                          CHAPTER 7 TRUSTEE

                                                  By: _____
                                                    Robert Whitmore
                                                    Chapter 7 Trustee

Dated: July ____, 2024                          MARSHACK HAYS WOOD LLP

                                                  By: _____
                                                  Tinho Mang (so authorized)
                                                  Attorneys for Robert Whitmore
                                                  Chapter 7 Trustee

Dated: July ____, 2024                          HAHN FIFE & COMPANY

                                                  By: _____
                                                  Donald T. Fife
                                                  Accountants for Robert Whitmore
                                                  Chapter 7 Trustee

---

[2]     Accountant has received interim fee payments of $5,979.83 leaving an outstanding request for payment of fees of $33,503.17. This Stipulation further reduces such request for payment to $27,469.08 in fees.

-4-

    c.    Accountant shall reduce the amount of fees requested to be paid in the Proposed TFR by $6,034.09 ("Accountant's Reduction"). Subject to Court approval, and after taking the Accountant's Reduction into account, Accountant shall be entitled to payment of $27,469.08 in fees and $524.50 in costs.[2]

3.    The Parties will bear their own fees and costs associated with the negotiation and preparation of this Stipulation.

Dated: July____, 2024

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: _____
    Cameron Ridley
    Trial Attorney

Dated: July 25, 2024

CHAPTER 7 TRUSTEE

By: /s/ Robert Whitmore
    Robert Whitmore
    Chapter 7 Trustee

Dated: July 25, 2024

MARSHACK HAYS WOOD LLP

By: _____
    Tinho Mang (so authorized)
    Attorneys for Robert Whitmore
    Chapter 7 Trustee

Dated: July ____, 2024

HAHN FIFE & COMPANY

By: _____
    Donald T. Fife
    Accountants for Robert Whitmore
    Chapter 7 Trustee

---

[2] Accountant has received interim fee payments of $5,979.83 leaving an outstanding request for payment of fees of $33,503.17. This Stipulation further reduces such request for payment to $27,469.08 in fees.

-4-

1      c.    Accountant shall reduce the amount of fees requested to be paid in the Proposed TFR by $6,034.09 ("Accountant's Reduction"). Subject to Court approval, and after taking the Accountant's Reduction into account, Accountant shall be entitled to payment of $27,469.08 in fees and $524.50 in costs.[2]

3.    The Parties will bear their own fees and costs associated with the negotiation and preparation of this Stipulation.

Dated: July____, 2024

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: _____
    Cameron Ridley
    Trial Attorney

Dated: July ____, 2024

CHAPTER 7 TRUSTEE

By: _____
    Robert Whitmore
    Chapter 7 Trustee

Dated: July ____, 2024

MARSHACK HAYS WOOD LLP

By: _____
    Tinho Mang (so authorized)
    Attorneys for Robert Whitmore
    Chapter 7 Trustee

Dated: July 25, 2024

HAHN FIFE & COMPANY

By: _____
    Donald T. Fife
    Accountants for Robert Whitmore
    Chapter 7 Trustee

---

[2]    Accountant has received interim fee payments of $5,979.83 leaving an outstanding request for payment of fees of $33,503.17. This Stipulation further reduces such request for payment to $27,469.08 in fees.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Office of the U.S. Trustee, 3801 University, Suite 720, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): Stipulation Resolving United States Trustee's Potential Ojbections To (1) Second and Final Applciation for Allowance of Fees and Costs Filed By Marshack Hays LLP As General Counsel: (2) Second and Final Fee Application of Hahn Fife & Company LLP For Allowance Of Fees & Expenses From April 2, 20202 Throught October 5, 2023, and (3) Chapter 7 Trustee's Final Report
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/26/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached electronic mail notice list

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 07/26/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: McKenna General Engineering, Inc., 20330 Temescal Canyon Rd., Corona, CA 92881

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 07/26/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott H. Yun, United States Bankruptcy Judge (Via Overnight Mail Attn. Judges' Copies)
United States Bankruptcy Court
3420 Twelfth Street, Suite 345/Courtroom 302
Riverside, CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/26/2024 | Mary H. Avalos | /s/ Mary H. Avalos |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**

# Mailing Information for Case 6:18-bk-18036-SY

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Ryan W Beall**    rbeall@go2.law, kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law
- **Tyler H Brown**    tylerbrown@brownandbrownllp.com, admin@brownandbrownllp.com
- **Marija K Decker**    decker@luch.com, caroberts@luch.com,kimberley@luch.com
- **Caroline Djang**    cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **Marc C Forsythe**    mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- **Chad V Haes**    chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdrive.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Kenneth Hennesay**    khennesay@allenmatkins.com, ncampos@allenmatkins.com
- **Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Michael Y Jung**    jung@luch.com, kbrown@luch.com,kimberley@luch.com,caroberts@luch.com
- **Leslie K Kaufman**    kaufman_kaufman.bankruptcy@yahoo.com, kaufmanlr98210@notify.bestcase.com
- **Anna Landa**    alanda@kjfesq.com
- **Susan Graham Lovelace**    lovelace@luch.com, kbrown@luch.com;kimberley@luch.com;caroberts@luch.com
- **Noreen A Madoyan**    Noreen.Madoyan@usdoj.gov
- **Tinho Mang**    tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Michelle J Nelson**    mjslaw@hotmail.com
- **Holly J Nolan**    holly@sglwlaw.com, missy@sglwlaw.com
- **Scott H Noskin**    snoskin@mbnlawyers.com, aacosta@mbnlawyers.com
- **Raymond A Policar**    policarlaw@att.net
- **Valerie J Schratz**    vschratz@hallgriffin.com, epaulino@hallgriffin.com;smacknight@hallgriffin.com
- **Richard A Solomon**    richard@sgswlaw.com
- **Michael G Spector**    mgspector@aol.com, mgslawoffice@aol.com
- **Meghann A Triplett**    Meghann@MarguliesFaithlaw.com, Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov
- **Robert Whitmore (TR)**    rswtrustee@yahoo.com, rwhitmore@ecf.axosfs.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Hahn Fife & Company**
790 E Colorado Blvd 9th Fl
Pasadena, CA 91101

## [Creditor List](#)

Click the link above to produce a complete list of **creditors** only.

## [List of Creditors](#)

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.