Robert Whitmore, Trustee
3600 Lime Street, Suite 616
Riverside, CA 92501
Phone: 951-276-9292

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | |
|---|---|
| In re: § § MCKENNA GENERAL ENGINEERING, INC. § § § Debtor(s) § § | Case No. 6:18-bk-18036-SY |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ROBERT S. WHITMORE, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U. S. BANKRUPTCY COURT
CLERK'S OFFICE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 9:30 a.m. on September 12, 2024 in Courtroom #302, United States Bankruptcy Court, located at 3420 Twelfth Street Riverside, CA 92501. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed: 07/31/2024                    By: /S/    ROBERT S. WHITMORE
                                                        ROBERT S. WHITMORE

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MCKENNA GENERAL ENGINEERING, INC. | § | Case No. 6:18-bk-18036-SY |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of      $

and approved disbursements of      $

leaving a balance on hand of[1]      $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000042 | PACIFIC WESTERN BANK | $ | $ | $ | $ |

Total to be paid to secured creditors      $_____

Remaining Balance      $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ROBERT S. WHITMORE, TRUSTEE | $ | $ | $ |
| Trustee Expenses: ROBERT S. WHITMORE, TRUSTEE | $ | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: MARSHACK HAYS LLP | $ | $ | $ |
| Attorney for Trustee Expenses: MARSHACK HAYS LLP | $ | $ | $ |
| Accountant for Trustee Fees: DONALD T. FIFE | $ | $ | $ |
| Accountant for Trustee Expenses: DONALD T. FIFE | $ | $ | $ |
| Other: FRANCHISE TAX BOARD | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | UNITEDHEALTHCARE INSURANCE COMPANY | $ | $ | $ |
| 000027A | FRANCHISE TAX BOARD | $ | $ | $ |
| 000031A | TRUSTEES OF THE OPERATING ENGINEERS | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000032A | INTERNAL REVENUE SERVICE | $ | $ | $ |

    Total to be paid to priority creditors    $_____

    Remaining Balance    $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PACCAR FINANCIAL CORP. | $ | $ | $ |
| 000002 | SOUTHERN COUNTIES LUBRICANTS | $ | $ | $ |
| 000003 | CARDLOCK FUELS SYSTEM, INC. | $ | $ | $ |
| 000004 | ROBERT HALF FINANCE & ACCOUNTING | $ | $ | $ |
| 000005 | TIMMONS WOOD PRODUCTS | $ | $ | $ |
| 000006 | INSIDE PLANTS, INC. | $ | $ | $ |
| 000007 | AMTRUST GROUP INSURANCE COMPANY | $ | $ | $ |
| 000008 | AMTRUST GROUP INSURANCE COMPANY | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | WESTERN OILFIELDS SUPPLY CO | $ | $ | $ |
| 000010 | QUINN RENTAL SERVICES, INC. | $ | $ | $ |
| 000011 | ASSET COLLECTIONS INC | $ | $ | $ |
| 000012 | MIKES WELDING ENTERPRISES, INC. | $ | $ | $ |
| 000013 | AHERN RENTALS, INC | $ | $ | $ |
| 000015 | MIKE ROCHE, INC. | $ | $ | $ |
| 000016 | IPFS CORPORATION | $ | $ | $ |
| 000017 | ADVANCED SWEEPING SERVICES | $ | $ | $ |
| 000018 | PW GILLIBRAND CO INC | $ | $ | $ |
| 000019 | TWO OAKS SWEEPING LLC | $ | $ | $ |
| 000020 | PEOPLEREADY INC. | $ | $ | $ |
| 000021 | VULCAN MATERIALS COMPANY | $ | $ | $ |
| 000023 | SOUTHERN CALIFORNIA EDISON | $ | $ | $ |
| 000024 | MILLER BLADES INC | $ | $ | $ |
| 000025 | APPLE ONE EMPLOYMENT SERVICES | $ | $ | $ |
| 000026 | KYLE LAWLESS, DBA K&B WATER TRUCKS | $ | $ | $ |
| 000029 | DESIGN MASONRY, INC. | $ | $ | $ |
| 000030 | HD SUPPLY CONSTRUCTION SUPPLY | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000033 | GHASSEMIAN LAW GROUP, APC | $ | $ | $ |
| 000035 | SAM HILL & SONS | $ | $ | $ |
| 000037 | ACE RENTAL & PARTS | $ | $ | $ |
| 000039 | PASCAL & LUDWIG CONTRACTORS INC | $ | $ | $ |
| 000040 | LAW OFFICES OF MICHELLE J. SUKHOV, INC. | $ | $ | $ |
| 000041 | K. HOVNANIAN COMPANIES OF CA, INC. | $ | $ | $ |
| 000043 | OLTMANS CONSTRUCTION COMPANY | $ | $ | $ |
| 000045 | WASTE MANAGEMENT C/O JACQUOLYN MILLS | $ | $ | $ |
| 000047 | SANTA MARGARITA WATER DISTRICT | $ | $ | $ |
| 000050 | WESLEY KELLER | $ | $ | $ |
| 000051 | TAYLOR BONNEAU | $ | $ | $ |
| 000031B | TRUSTEES OF THE OPERATING ENGINEERS | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000032B | INTERNAL REVENUE SERVICE | $ | $ | $ |
| 000027B | FRANCHISE TAX BOARD | $ | $ | $ |

  Total to be paid to subordinated unsecured creditors  $_____

  Remaining Balance  $_____


       Prepared By: /s/ROBERT S. WHITMORE_____
           ROBERT S. WHITMORE, TRUSTEE


*ROBERT S. WHITMORE, TRUSTEE*
*3600 LIME STREET*
*SUITE #616*
*RIVERSIDE, CA 92501*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.